IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN RAMIREZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-cv-1153 |
| | § | JURY |
| WAL-MART STORES TEXAS, LLC | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, JUAN RAMIREZ, and files this Plaintiff's Original Complaint, complaining of Defendants, WAL-MART STORES TEXAS, LLC, and in support thereof would respectfully show the court as follows:

## PARTIES

1. Plaintiff JUAN RAMIREZ is an individual who resides in Maverick County, Texas.

2. Defendant WAL-MART STORES TEXAS, LLC is a company whose principal office is located in Bentonville, Arkansas. Service of process on this Defendant may be effectuated by serving its registered agent: C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## JURISDICTION AND VENUE

3. The Court has diversity jurisdiction over this Civil Action under 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount-in-controversy exceeds $75,000.00.

**PLAINTIFF'S ORIGINAL**
 **COMPLAINT – Page 1 of 6**

4.     Venue is proper in this district because it is the district in which a substantial part of the events or omissions giving rise to the claims occurred.  *See* 28 U.S.C. § 1391(b).

## FACTS

5.     Defendant WAL-MART STORES TEXAS, LLC are the owners and possessor of the premises located at 496 South Bibb Avenue, Eagle Pass, Texas 78852.

6.     On July 29, 2018, Plaintiff JUAN RAMIREZ was a business invitee at the Wal-Mart Supercenter, Store #0461, located on 496 S. Bibb Street, Eagle Pass, Maverick County, Texas.

7.     On said date, Plaintiff JUAN RAMIREZ was prudently walking inside Wal-Mart Supercenter and he slipped and fell on a liquid substance that was on the floor causing him to fall and fracture his left knee.

8.     Defendants WAL-MART STORES TEXAS, LLC, failed to post proper signs, warning business invitees of the hazardous condition on the floor.

9.     As a result of the negligent actions of Defendants WAL-MART STORES TEXAS, LLC, Plaintiff suffered physical injuries and mental anguish for which he hereby sues.

## COUNT ONE: PREMISES LIABILITY

10.    At the time in question, Plaintiff entered the premises in question for the mutual benefit of both parties, and was thus an "invitee" to whom Defendant owed a duty to exercise ordinary care, including the duty to discover any unreasonably dangerous conditions existing on the premises, the duty to warn Plaintiff of the existence of such dangerous conditions, and the duty to make the premises safe for use by Plaintiff.

11. Defendant either knew, or in the exercise of ordinary care should have known, that the liquid substance on the floor posed an unreasonable risk of harm to users of the premises.

12. Defendant failed to take reasonable steps to discover and correct the hazard and failed to warn Plaintiff of the existence of this hazardous condition of the premises although the dangerous condition existed on the premises and Defendant should have discovered and corrected it.

13. Defendant's indifference and failure to act was a proximate cause of the injuries and damages suffered by Plaintiff as further detailed below.

## COUNT TWO: NEGLIGENCE

14. Defendant and Defendant's employees, agents, and Vice-Principals, while acting in the course and scope of their employment, agency relationship, or duties for Defendant, were negligent in one or more of the following ways:

   (a). In failing to adhere to their duty of maintaining a safe shopping environment for the business invitees of Wal-Mart Supercenter, Store #0461;

   (b). In failing to implement adequate safety protocols;

   (c). In failing to adhere to or follow safety protocols for the protection of their customers;

   (d). In the creation of a hazardous condition on the premises;

   (e). In failing to divert customer foot traffic around a known hazardous condition;

   (f). In failing to adequately protect their customers from a known hazardous condition; and

   (g). In failing to adequately warn their customers from a known hazardous condition

15. Defendant's negligent acts, both directly and by and through their employees, agents, and Vice-Principals, were a proximate cause of the damages alleged herein.

## DAMAGES

16. Each of the foregoing acts of negligence/premises liability, singularly or collectively, jointly and severally, constitutes a proximate cause of Plaintiff's injuries and damages, as alleged.

17. As a proximate result of the occurrence made the basis of this lawsuit, Plaintiff generally suffered injuries to his lumbar spine and femur. Some of the injuries and impairments are permanent in nature.

18. As a result of Defendant's negligence, Plaintiff has incurred the following damages:

    a. Reasonable expenses for necessary medical care in the future;

    b. Physical pain and mental anguish in the past and future;

    c. Physical impairment in the past and future; and,

    d. Physical disfigurement.

## REQUEST FOR JURY TRIAL

19. Pursuant to Federal Rules of Civil Procedure 38, Plaintiff hereby requests a trial by jury.

## **PRAYER**

20. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final hearing, Plaintiff have and recover:

  a. Judgment against Defendant, for all damages in a sum in excess of the minimum jurisdictional limits of the Court;

  b. Pre-judgment and post-judgment interest as provided by law;

  c. Costs of suit; and

  d. Such other and further relief to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

**KNICKERBOCKER HEREDIA SALINAS & SALINAS, P.C.**
468 Main Street
Eagle Pass, Texas  78852
Tel:  (830) 773-9228
Fax:  (830) 773-2582
Email: borderlawyer@knicklaw.com


By: */s/ Marco A. Salinas*
        **Marco A. Salinas**
State Bar No. 00794583

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.


/s/*Marco A. Salinas*_____
**MARCO A. SALINAS**